# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>Rufus Green (2),<br><br>　　　　　　　　　　　Defendant. | Case No. 20cr3184-JLS-2<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>OCT 1 9 2020<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY　　　　　　　　DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☐ of the offense(s) as charged in the Indictment/Information:

Dated: 10/19/2020

Hon. Michael S. Berg
United States Magistrate Judge